**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>       Plaintiff, )<br>            ) Case No.: 24-072(MAJ)<br>    v.      )<br>            )<br>JEROME NIBBS  )<br>            )<br>       Defendant, ) | |

INFORMATIVE MOTION

TO THE HONORABLE COURT
HON. MARIA ANTONGIORGI-JORDAN
US DISTRICT COURT JUDGE

   COMES NOW JEROME NIBBS in the instant case and through its undersigned attorney respectfully States and Prays:

1.   The parties are engaged in discovery. We have set a date for the drug inspection for *March 22, 2024*, at the DEA Miami Laboratory. No permission to travel under CJA is requested, counsel will be conducting another inspection under the CJA for the same date and time in case 23-424(PAD).

   **WHEREFORE** and in light of the foregoing reasons, Mr. Nibbs, very respectfully, requests that the Court acknowledge the present Motion.

RESPECTFULLY SUBMITTED.

   IN SAN JUAN, PUERTO RICO, MARCH 8, 2024.

                              S/Raymond L. Sanchez Maceira
                               Raymond L. Sanchez Maceira
                               Usdc: 211405

```
                              Po Box 191972
                              San Juan, Pr 00919
                              TEl 721-3370/ FAX 721-4706
```

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY: That on March 8, 2024, I electronically filed the foregoing with the clerk of the court using CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney in charge of the case.

In San Juan P.R. March 8, 2024.

```
                     S/RAYMOND L. SANCHEZ MACEIRA
                   RAYMOND L. SANCHEZ MACEIRA, ESQ.
                          USDC NO. 211405
                        COUNSEL FOR DEFENDANT
                           PO BOX 191972
                          SAN JUAN, PR 00919
```