


**United States Department of State**

*Washington, D.C. 20520*

**December 13, 2022**

# CERTIFICATION FOR THE MARITIME DRUG LAW ENFORCEMENT ACT CASE INVOLVING GO-FAST VESSEL MANTA 33 (BVI) FEDERAL DRUG IDENTIFICATION NUMBER (FDIN) — 2022678685

I, Commander Ian M. Starr, USCG, declare and certify as follows:

1. That I have been assigned as the Coast Guard Liaison Officer to the Bureau of International Narcotics and Law Enforcement Affairs, U.S. Department of State, since June 13, 2022;

2. That in my official capacity, I have been designated by the Secretary of State, through the Assistant Secretary of State for International Narcotics and Law Enforcement Affairs, to make certifications under 46 U.S.C. § 70502(c)(2) and (d)(2) and 18 U.S.C. § 2237(d);

3. That I make the following statements based upon my personal knowledge and upon information furnished to me in the course of my official duties and that, under penalty of perjury, they are true and correct;

4. That on or about June 16, 2022, U.S. law enforcement personnel detected a go-fast vessel in approximate position 18-47 N, 065-04 W, seaward of any State's territorial sea. U.S. law enforcement officials observed the vessel transiting without exhibiting the navigational lights required by the 1972 Convention on the International Regulations for Preventing Collisions at Sea with packages visible on deck, and observed packages being jettisoned overboard. U.S. law enforcement officials reasonably suspected the vessel of illicit drug trafficking. The vessel displayed registration numbers on the hull and the master made a verbal claim of British Virgin Islands, United Kingdom registry for the vessel;

5. That on or about June 16, 2022, under Article 10 of the Agreement between the Government of the United States of America and the Government of the United Kingdom of Great Britain and Northern Ireland Concerning Maritime and Aerial Operations to Suppress Illicit Trafficking by Sea in Waters of the Caribbean and Bermuda, done at Washington on July 13, 1998, and Article 17 of the 1988 United Nations Convention Against Illicit Traffic in Narcotic Drugs and Psychotropic Substances, the Government of the United States requested that the Government of the British Virgin Islands confirm or deny the vessel's registry and, if confirmed, grant authorization to board and search the vessel;

# United States of America



## DEPARTMENT OF STATE

*To all to whom these presents shall come, Greetings:*

 That Ian M. Starr, whose name is subscribed to the document hereunto annexed, was at
 subscribing the same Commander, U.S. Coast Guard, Maritime Law Enforcement Officer,
 Guard Liaison Officer to the Bureau of International Narcotics and Law Enforcement
 artment of State, United States of America, and that full faith and credit are due to his acts

*This certificate is not valid if it is removed or altered in any way whatsoever*



In testimony whereof, I, Antony J. Blinken, Secretary of State, have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this thirteenth day of December, 2022.

_____
Secretary of State

By _____
Assistant Authentication Officer,
Department of State

*Issued pur... CHXIV, State*
*Sept. 15, ... Stat. 68-69;*
*USC 2657; C 2651a; 5 US*
*301; 28 US et. seq.; 8 USC*
*1443(f); RU Federal Rules of*
*Civil Procea*

6. That on or about June 16, 2022, the Government of the British Virgin Islands confirmed registry of the vessel and authorized the United States to board and search the vessel;

7. That on or about June 28, 2022, the Government of the United States requested that the Government of the British Virgin Islands waive its primary right of jurisdiction over the vessel, its cargo, and its crew.

8. That on or about July 14, 2022, the Government of the British Virgin Islands agreed to waive its right to exercise jurisdiction and authorized the Government of the United States to enforce its laws against the crew members.

9. That on or about July 21, 2022, following additional internal discussion, the Government of the British Virgin Islands reaffirmed its July 14, 2022 agreement to waive its right to exercise jurisdiction.

10. That on or about August 9, 2022, the Government of the British Virgin Islands provided a Note Verbale to formally document its July 14, 2022 agreement to waive its right to exercise jurisdiction waived its right to exercise jurisdiction and authorize the Government of the United States to enforce its laws against the crew members.

11. That, accordingly, the vessel is subject to U.S. jurisdiction under 46 U.S.C. § 70502(c)(1);

12. That U.S. law enforcement officials recovered approximately 90 kilograms of contraband, which tested positive as cocaine.

Executed on December 13, 2022.

Ian M. Starr
Commander, U.S. Coast Guard
Maritime Law Enforcement Officer
U.S. Coast Guard Liaison Officer to the Bureau of
International Narcotics and Law Enforcement Affairs
U.S. Department of State